UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACKING NETTLES JR. #271812,

    Plaintiff,                        Hon. Phillip J. Green

v.                                          Case No. 1:22-cv-120

UNKNOWN SCHMIDT,

    Defendant.
_____/

## JUDGMENT

Consistent with the Opinion filed this day, Defendant's Motion for Summary Judgment (ECF No. 26), is granted; Plaintiff's Motion for Summary Judgment (ECF No. 29) is denied; and this action is terminated. Furthermore, the Court finds that an appeal of this matter by Plaintiff would not be in good faith.

**IT IS SO ORDERED**.

Date: January 23, 2022                          /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge